In re  Javier Giron & Blanca Stella Giron          ,          Case No. 11-32371
                      Debtor                                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): 3 children | AGE(S): 7, 9, 22 |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | self-employed/ 95% partner of JG Construction | stay at home mom |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | $ |
| | $ | $ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $ | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ | $ |
|    b. Insurance | $ | $ |
|    c. Union dues | $ | $ |
|    d. Other (Specify):_____ | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 10,301.57 | $ |
| | $ 11,129.16 | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or government assistance (Specify):_____ | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify):_____ | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 21,430.72 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 21,430.72 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 21,430.72 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

## JG CONSTRUCTION - JAVIER GIRON
### Profit and Loss Report
### JAN-JUN 2011

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Construction Income | 53038.00 | 52019.00 | 53100.00 | 51090.00 | 54200.00 | 50935.00 | | | | | | | 314382.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| **Expenses** | | | | | | | | | | | | | |
| Materials | 19705.26 | 21765.33 | 18500.25 | 19536.26 | 19659.12 | 19366.66 | | | | | | | 118532.88 |
| Equipment Rental | 591.28 | 591.28 | 591.28 | 591.28 | 591.28 | 591.28 | | | | | | | 3547.68 |
| Auto Expenses | 1781.81 | 1781.81 | 1781.81 | 1781.81 | 1781.81 | 1781.81 | | | | | | | 10690.86 |
| Bank Charges | 311.01 | 338.44 | 290.44 | 290.11 | 189.99 | 305.20 | | | | | | | 1725.19 |
| Business License and | 1066.25 | 1066.25 | 1066.25 | 1066.25 | 1066.25 | 1066.25 | | | | | | | 6397.50 |
| Labor Expense | 12157.95 | 12157.95 | 12157.95 | 12157.95 | 12157.95 | 12157.95 | | | | | | | 72947.70 |
| Payroll Expense | 4612.51 | 3800.30 | 4520.12 | 4400.10 | 4102.12 | 4120.12 | | | | | | | 25555.27 |
| Utilities Expense | 973.74 | 973.74 | 973.74 | 973.74 | 973.74 | 973.74 | | | | | | | 5842.44 |
| Other Costs | | | | 1009.50 | | | | | | | | | 1009.50 |
| Subcontractors | | 800.00 | | | | | | | | | | | 800.00 |
| Garbage/Dump | | | | | 1095.00 | | | | | | | | 1095.00 |
| Meals & Entertainm | | | | | | 877.95 | | | | | | | 877.95 |
| Office Supplies | | | 1157.68 | 50.25 | | | | | | | | | 1207.93 |
| Postage | | | | | | 47.59 | | | | | | | 47.59 |
| Professional Fees | | | | | 1500.00 | | | | | | | | 1500.00 |
| Travel Expenses | | | | | | 614.96 | | | | | | | 614.96 |
| Uniform | | | | | | 180.13 | | | | | | | 180.13 |
| Total Expenses | 41199.81 | 43275.10 | 41039.52 | 41857.25 | 43117.26 | 42083.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 252572.58 |
| Net Profit (Loss) | 11838.19 | 8743.90 | 12060.48 | 9232.75 | 11082.74 | 8851.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61809.42 |

Average Monthly Income    10301.57

Prepared By:

**TAXES ROMERO**

3358 – 18th Street  
San Francisco, CA 94110  
Tel. (415) 863-2387  
Fax. (415) 863-1848

12276 San Pablo Ave  
Richmond, CA 94805  
Tel. (510) 234-2010  
Fax. (510) 234-4056

* THIS INFORMATIONS IS PROVIDED TO US BY MR. JAVIER GIRON AND HIS RECORDS

## JG PROPERTIES - JAVIER GIRON
### Profit and Loss Report  JAN-JUN 2011

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| RENT | 28354.00 | 28354.00 | 28354.00 | 28354.00 | 28354.00 | 28354.00 | | | | | | | 170124.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| **Expenses** | | | | | | | | | | | | | |
| Repair | 1448.71 | | 635.00 | 964.20 | 390.00 | 850.00 | | | | | | | 2839.20 |
| PG & E | | 454.58 | 297.76 | 422.09 | 420.04 | 1192.12 | | | | | | | 4235.30 |
| Mortgage Interest | 16045.77 | 16045.77 | 16045.77 | 16045.77 | 16045.77 | 16045.77 | | | | | | | 96274.62 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| Total Expenses | 17494.48 | 16500.35 | 16978.53 | 17432.06 | 16855.81 | 18087.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 103349.12 |
| Net Profit (Loss) | 10859.52 | 11853.65 | 11375.47 | 10921.94 | 11498.19 | 10266.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66774.88 |
| Average Monthly Income | | 11129.15 | | | | | | | | | | | |

Prepared By:

**TAXES ROMERO**

3358 – 18th Street
San Francisco, CA 94110
Tel. (415) 863-2387
Fax. (415) 863-1848

12276 San Pablo Ave
Richmond, CA 94805
Tel. (510) 234-2010
Fax. (510) 234-4056

* THIS INFORMATIONS IS PROVIDED TO US BY MR. JAVIER GIRON AND HIS RECORDS