```
                                              Entered on Docket
                                              July 26, 2012
                                              GLORIA L. FRANKLIN, CLERK
                                              U.S BANKRUPTCY COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```



1  Christopher M. McDermott (SBN 253411)
2  cmcdermott@piteduncan.com
   Matthew R. Clark (SBN 271054)
3  mclark@piteduncan.com            **Signed and Filed: July 25, 2012**
   Todd S. Garan (SBN 236878)
4  tgaran@piteduncan.com
5  **PITE DUNCAN, LLP**
   4375 Jutland Drive, Suite 200
6  P.O. Box 17933                   _____
   San Diego, CA 92177-0933         **THOMAS E. CARLSON**
7  Telephone: (858) 750-7600        **U.S. Bankruptcy Judge**
   Facsimile: (619) 590-1385
8

9
   Attorney for Wells Fargo Bank, N.A. also
10 known as Wachovia Mortgage, a division of
   Wells Fargo Bank, N.A, and formerly
11 known as Wachovia Mortgage
   FSB, formerly known as World Savings
12 Bank, FSB

13
                    **UNITED STATES BANKRUPTCY COURT**
14
              **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
15

16  In re                                    Case No. 11-32371

17  JAVIER GIRON AND BLANCA STELLA           Chapter 11
    GIRON,
18                                           **ORDER ON STIPULATION RE:
               Debtors.                      TREATMENT OF WELLS FARGO
19                                           BANK, N.A.'S CLAIM UNDER
                                             DEBTORS' PROPOSED CHAPTER 11
20                                           PLAN OF REORGANIZATION**

21                                           **S<small>UBJECT</small> P<small>ROPERTY</small>:**
                                             223 Capitol Ave.,
22                                           San Francisco, CA 94112

23        The parties having agreed to the terms set forth in the Stipulation Re: Treatment of Wells

24  Fargo Bank, N.A.'s Claim under Debtors' Proposed Chapter 11 Plan of Reorganization are bound by

25  the terms of their stipulation. The Stipulation Re: Treatment of Wells Fargo Bank, N.A.'s Claim

26  under Debtors' Proposed Chapter 11 Plan of Reorganization, filed on July 18, 2012, docket number

27  121, is hereby approved and made an order of the court.

28                                      **END OF ORDER**

- 1 -

Case: 11-32371    Doc# 128    Filed: 07/25/12    Entered: 07/26/12 16:09:43    Page 1 of 2

**COURT SERVICE LIST**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -