1 Christopher M. McDermott (SBN 25341)
cmcdermott@piteduncan.com

2 Matthew R. Clark (SBN 271054)
mclark@piteduncan.com

3 Todd S. Garan (SBN 236878)
tgaran@piteduncan.com

4 **PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200

5 P.O. Box 17933
San Diego, CA 92177-0933

6 Telephone: (858) 750-7600
Facsimile: (619) 590-1385

7

**Signed and Filed: January 25, 2013**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

8 Attorney for Wells Fargo Bank, N.A. also
known as Wachovia Mortgage, a division of

9 Wells Fargo Bank, N.A, and formerly known
as Wachovia Mortgage FSB, formerly known

10 as World Savings Bank, FSB

11 **UNITED STATES BANKRUPTCY COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

13 In re | Case No. 11-32371

14 JAVIER GIRON AND BLANCA STELLA GIRON, | Chapter 11

15 | **ORDER ON STIPULATION RE: TREATMENT OF WELLS FARGO BANK, N.A.'S CLAIM UNDER DEBTORS' PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**

16 Debtors.

17

18 | **PRINCIPAL RESIDENCE:**
128 Belmont Ave,

19 | South San Francisco, CA 94080

20

21 The parties having agreed to the terms set forth in the Stipulation Re: Treatment of Wells

22 Fargo Bank, N.A.'s Claim under Debtors' Proposed Chapter 11 Plan of Reorganization are bound by

23 the terms of their stipulation. The Stipulation Re: Treatment of Wells Fargo Bank, N.A.'s Claim

24 under Debtors' Proposed Chapter 11 Plan of Reorganization, filed on January 11, 2013, docket

25 number 176, is hereby approved and made an order of the court.

26 **END OF ORDER**

27

28

- 1 -

1                              **COURT SERVICE LIST**

Case: 11-32371    Doc# 189    Filed: 01/25/13    Entered: 01/25/13 14:00:00    Page 2 of 2