1  Christopher M. McDermott (SBN 253411)
   cmcdermott@piteduncan.com
2  Matthew R. Clark (SBN 271054)
   mclark@piteduncan.com
3  Todd S. Garan (SBN 236878)
   tgaran@piteduncan.com

   **Signed and Filed: January 25, 2013**

4  **PITE DUNCAN, LLP**
   4375 Jutland Drive, Suite 200
5  P.O. Box 17933
   San Diego, CA 92177-0933

   _____
   **THOMAS E. CARLSON**
   **U.S. Bankruptcy Judge**

6  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385

7

8  Attorney for Wells Fargo Bank, N.A. also
   known as Wachovia Mortgage, a division of
9  Wells Fargo Bank, N.A, and formerly known
   as  Wachovia Mortgage FSB, formerly known
10 as World Savings Bank, FSB

11              **UNITED STATES BANKRUPTCY COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 13  In re | Case No. 11-32371 |
| 14  JAVIER GIRON AND BLANCA STELLA GIRON, | Chapter 11 |
| 15          Debtors. | **ORDER ON STIPULATION RE: TREATMENT OF WELLS FARGO BANK, N.A.'S CLAIM UNDER DEBTORS' PROPOSED CHAPTER 11 PLAN OF REORGANIZATION** |
| 16 17 | |
| 18 19 | **SUBJECT PROPERTY**: 44-46 Patton Street, San Francisco, California 94110-5820 |

20

21      The parties having agreed to the terms set forth in the Stipulation Re: Treatment of Wells

22 Fargo Bank, N.A.'s Claim under Debtors' Proposed Chapter 11 Plan of Reorganization are bound by

23 the terms of their stipulation.  The Stipulation Re: Treatment of Wells Fargo Bank, N.A.'s Claim

24 under Debtors' Proposed Chapter 11 Plan of Reorganization, filed on January 11, 2013, docket

25 number 177, is hereby approved and made an order of the court.

26                      **\*\*END OF ORDER\*\***

27

28

- 1 -

1

**COURT SERVICE LIST**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 11-32371    Doc# 190    Filed: 01/25/13    Entered: 01/25/13 14:02:22    Page 2 of 2